AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PATRICK SCOTT BAKER et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 03cv749-JMF |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA et al ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/31/2011 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/13/2011

*ANGELA D. CAESAR, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Case 1:03-cv-00749-JMF   Document 127   Filed 03/31/11   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patrick Scott Baker, *et al.*,

    Plaintiffs,

v.

Socialist People's Libyan Arab
Jamahirya, *et al.*

    Defendants.

Civil Action No. 03-cv-749 (JMF)

**FILED**

**MAR 3 1 2011**

Clerk, U.S. District and
Bankruptcy Courts

## JUDGMENT

In accordance with the Memorandum Opinion and Order issued this 31st day of March 2011,

It is **ORDERED** and **ADJUDGED** that the plaintiffs recover total damages and prejudgment interest from defendant Syria in the following amounts, along with any post-judgment interest that may accrue:

| PLAINTIFF | TOTAL |
|---|---|
| Patrick Baker | $165,570,607.00 |
| Scarlett Rogenkamp | $153,568,713.00 |
| Jackie Pflug | $172,936,684.00 |
| Jerry Baker | $6,955,262.50 |
| Lois Baker | $6,955,262.50 |
| Craig Baker | $3,477,631.25 |
| Estate of David Baker | $3,477,631.25 |
| Stacie Baker | $3,477,631.25 |
| Patricia Henry | $6,955,262.50 |
| Estate of Hetty Peterson | $13,910,525.00 |
| Estate of Vernon Peterson | $13,910,525.00 |
| Katherine Doris | $8,694,078.13 |
| Paul Peterson | $8,694,078.13 |
| Michelle Holbrook | $6,955,262.50 |

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 3-31-11
ANGELA D. CAESAR, CLERK
By: Michael Darby 12-8-11

| Rylma Nink | $6,955,262.50 |
| --- | --- |
| Eugene Nink | $6,955,262.50 |
| Gloria Nink | $3,477,631.25 |
| Mary Nink | $3,477,631.25 |
| Scott Pflug | $5,564,210.00 |
| **TOTAL** | $601,969,151.50 |

**SO ORDERED.**

Angela D. Caesar, Clerk

*[signature]*
Deputy Clerk

Date: 3/31/2011

2